# Exhibit B

# AMERICAN ARBITRATION ASSOCIATION
## COMMERCIAL ARBITRATION RULES
### DEMAND FOR ARBITRATION

*MEDIATION is a nonbinding process. The mediator assists the parties in working out a solution that is acceptable to them. If you would like the AAA to contact the other parties to determine whether they wish to mediate this matter, please check this box. ☐ There is no additional administrative fee for this service.*

| TO: Name | Name of Representative (if known) | Name of Firm (if applicable) |
|---|---|---|
| See Attachment | Deborah Thaxter | Nixon Peabody LLP |

| Address | | | Representative's Address | | |
|---|---|---|---|---|---|
| 11200 Rockville Pike | | | 101 Federal Street | | |
| City | State | Zip Code | City | State | Zip Code |
| Rockville | MD | 20852 | Boston | MA | 02110 |
| Phone No. | Fax No. | | Phone No. | Fax No. | |
| 301 468-9200 | 301 231-0396 | | 617 345-1326 | 617 345-1300 | |

The named claimant, a party to an arbitration agreement contained in a written contract, dated **March 25, 1998** providing for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration thereunder.

IS THIS A DISPUTE BETWEEN A BUSINESS AND A CONSUMER?    Yes ☐    No ☒

**THE NATURE OF THE DISPUTE**

Breach of contract

**THE CLAIM OR RELIEF SOUGHT** (the Amount, if Any)

See Attachment

DOES THIS DISPUTE ARISE OUT OF AN EMPLOYMENT RELATIONSHIP?    YES ☐    No ☒

IF THIS DISPUTE ARISES OUT OF AN EMPLOYMENT RELATIONSHIP, WHAT WAS/IS THE EMPLOYEE'S ANNUAL WAGE RANGE? Note: this question is required by California law.

☐ Less Than $100,000    ☐ $100,000 - $250,000    ☐ Over $250,000

**TYPES OF BUSINESS**
Claimant  See Attachment          Respondent  See Attachment

HEARING LOCALE REQUESTED  Washington, D.C. (as provided for in the parties' agreement)

You are hereby notified that copies of our arbitration agreement and this demand are being filed with the American Arbitration Association at its **Atlanta** office, with a request that it commence administration of the arbitration. Under the rules, you may file an answering statement within fifteen days after notice from the AAA.

| Signature (may be signed by a representative) | Title  Attorney | Date |
|---|---|---|
| Name of Claimant  Martin C. Schwartzberg | Name of Representative  See Attachment | Name of Firm (if Applicable)  Schiff Hardin & Waite |
| Address (to Be Used in Connection with This Case)  See Attachment | | Representative's Address  6600 Sears Tower |
| City  Rockville | State  MD | Zip Code  20852 | City  Chicago | State  IL | Zip Code  60606 |
| Phone No.  301 998-0400 | Fax No.  301 998-0420 | | Phone No.  See Attachment | Fax No.  312 258-5600 | |

TO BEGIN PROCEEDINGS, PLEASE SEND TWO COPIES OF THIS DEMAND AND THE ARBITRATION AGREEMENT, WITH THE FILING FEE AS PROVIDED FOR IN THE RULES, TO THE AAA. SEND THE ORIGINAL DEMAND TO THE RESPONDENT.

## ATTACHMENT

**TO: Name**
C.R.I., Inc.
William B. Dockser
H. William Willoughby

### TYPES OF BUSINESS

Claimant: Real estate acquisition and asset management in his capacity as chair of a public charity; disposition of multifamily housing portfolio.

Respondents: Development, syndication, ownership and operation of commercial and residential real estate.

### THE CLAIM OR RELIEF SOUGHT

Claimant asserts that respondents have violated the provisions of the Definitive Settlement Agreement entered into by the parties by improperly withholding claimant's share of residual distributions from the sale, disposition or refinancing of certain partnership assets. Claimant seeks (1) a declaration that claimant is entitled under the Definitive Settlement Agreement to a one-third share of all residual distributions from the sale, disposition, or refinancing of any partnership assets and (2) an award of damages equal to claimant's one-third share of past residual distributions improperly withheld by respondents, which amount currently exceeds $1,000,000, plus prejudgment interest. Claimant also asserts that respondents have violated the provisions of the Definitive Settlement Agreement by failing to pay claimant his share of the disposition fee received in connection with the refinancing of Fontaine Towers, and seeks an award of damages in the amount of $33,333.33, plus prejudgment interest.

### Name of Claimant's Representative:

Frederick J. Sperling
Sondra A. Hemeryck

### Representative's Phone Number:

Sperling: 312 258-5608
Hemeryck: 312 258-5743

### Address of Claimant:

c/o Capital Management Strategies
11200 Rockville Pike, Suite 250