CO-386-online
10/03

# United States District Court
# For the District of Columbia

William B. Dockser, H. William Willoughby and C.R.I., Inc.

vs Plaintiff

Martin C. Schwartzberg

Defendant

Civil Action No._____

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Plaintiffs  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  C.R.I., Inc.  which have any outstanding securities in the hands of the public:

See attached disclosure

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Leslie P. Machado_
Signature

472395
BAR IDENTIFICATION NO.

Leslie Paul Machado
Print Name

401 Ninth Street, N.W., Suite 900
Address

Washington, D.C.   20004
City          State          Zip Code

(202) 585-8336
Phone Number

**ADDENDUM to Rule 7.1 Disclosure:**

While Plaintiffs do not believe that the following entities are necessarily or appropriately termed "affiliates" and do not believe that interests in the following are securities "in the hands of the public" within the meaning of the Rule, out of an abundance of caution, C.R.I. Inc. discloses the following entities:

Capital Realty Investors, Ltd. (a DC entity)
Capital Realty Investors - II Limited Partnership (a MD entity)
Capital Realty Investors - III Limited Partnership (a MD entity)
Capital Realty Investors - IV Limited Partnership (a MD entity)
CRI Hotel Income Partners, L.P. (a DE entity)