IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM B. DOCKSER, H. WILLIAM WILLOUGHBY, and C.R.I. INC., <br><br> Petitioners, <br><br> *vs.* <br><br> MARTIN C. SCHWARTZBERG, <br><br> Respondent. | Case No. 06-1044 (HHK) |

## NOTICE OF PETITION TO CONFIRM A FINAL ARBITRATION AWARD

PLEASE TAKE NOTICE THAT, on June 6, 2006, Petitioners William B. Dockser, H. William Willoughby and C.R.I., Inc., moved this Court to confirm the arbitration award dated January 30, 2006 entered in *Schwartzberg v. C.R.I., Inc., et al.*, AAA No. 16 180 Y 00631 03.

Dated: June 9, 2006

Respectfully submitted,

/s/Leslie Paul Machado
Leslie Paul Machado (Bar No. 472395)
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington, D.C. 20004-2128
Phone: 202-585-8322
Fax:    202-585-8080

Of Counsel:
Deborah L. Thaxter, Esq.
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts  02110-2131
(617) 345-1000 (phone)
(617) 345-1300 (facsimile)

*Counsel for Petitioners*

W728702.1