IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM B. DOCKSER, et al.,

    Petitioners,

vs.

MARTIN C. SCHWARTZBERG,

    Respondent.

CIVIL ACTION NO. 06-1044 (HHK)

### ACCEPTANCE OF SERVICE

The undersigned, counsel to the Respondent Martin C. Schwartzberg, hereby accepts service of the <u>Petition To Confirm A Final Arbitration Award</u> filed in the above-captioned action for and on behalf of Respondent Martin C. Schwartzberg with the same force and effect as if the <u>Petition</u> had been duly served, by an appropriate person duly authorized, in hand upon the Respondent on the 17th day of July, 2006.

_____
Sondra Hemeryck, Esq.
Schiff, Hardin & Waite
6600 Sears Tower
Chicago, Illinois 60606-6473

*Counsel to Respondent Martin C. Schwartzberg*

Dated: July 24, 2006

BOS1539466.1