UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM B. DOCKSER, et al.,<br><br>Petitioners,<br><br>v.<br><br>MARTIN C. SCHWARTZBERG,<br><br>Respondent. | Civil Action 06-01044<br>(HHK) |

### ORDER TO SHOW CAUSE

Respondent waived service of process in on August 1, 2006, but has not opposed the motion to confirm the alleged arbitration award. Accordingly, it is this 16th day of January, 2007, hereby

**ORDERED** that by no later than February 10, 2007, respondent shall show cause why he has not opposed the motion. If he does not do so, the court will consider the motion conceded and will enter judgment in favor of petitioners.

Henry H. Kennedy, Jr.
United States District Judge