IN **THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **WILLIAM B. DOCKSER, et al.,** | ) | |
| | ) | |
| **Petitioners,** | ) | |
| | ) | |
| v. | ) | **Civil Action 06-01044** |
| | ) | **(HHK)** |
| **MARTIN C. SCHWARTZBERG,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

Respondent Martin C. Schwartzberg, by his attorneys, responds to the Order to Show Cause entered by the Court on January 16, 2007 (Doc. No. 5) as follows:

1.     As the Court correctly notes, Mr. Schwartzberg waived service of process on August 1, 2006.

2.     The Court's January 16, 2007 Order to Show Cause orders Mr. Schwartzberg to show cause why he has not responded to the Petition to Confirm a Final Arbitration Award (the "Petition") filed by petitioners William B. Dockser, H. William Willoughby and C.R.I., Inc. (collectively, the "CRI Parties").

3.     Mr. Schwartzberg has not responded to the Petition because on August 9, 2006, Mr. Schwartzberg's counsel wrote to the CRI Parties' counsel and informed them that Mr. Schwartzberg was willing to consent to the entry of judgment in favor of the CRI Parties on their Petition. Mr. Schwartzberg's counsel asked the CRI Parties' counsel to send Mr. Schwartzberg's counsel "the documents necessary to accomplish that." (A true and correct copy of the August 9, 2006 e-mail from Mr. Schwartzberg's counsel to the CRI Parties' counsel is attached hereto as Exhibit A.) Mr. Schwartzberg's counsel never received any response from the CRI Parties' counsel.

4.   Mr. Schwartzberg does not oppose the CRI Parties' Petition.


Dated:  January 30, 2007                           _____/s/ Jeffrey S. Jacobovitz_____
                                                   Jeffrey S. Jacobovitz
                                                   Schiff Hardin LLP
                                                   1666 K Street, N.W.
                                                   Suite 300
                                                   Washington, D.C.  20006
                                                   (202) 778-6400

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2007, I electronically filed the foregoing Response to Order to Show Cause with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Leslie Paul Machado
NIXON PEABODY LLP
401 Ninth Street, NW
Suite 900
Washington, D.C.  20004
Email:  lmachado@nixonpeabody.com

_____ /s/ Jeffrey S. Jacobovitz_____
Jeffrey S. Jacobovitz

NY\ 5119231.1

# EXHIBIT A

**Hemeryck, Sondra A.**

| | |
|---|---|
| **From:** | Hemeryck, Sondra A. |
| **Sent:** | Wednesday, August 09, 2006 12:49 PM |
| **To:** | dthaxter@nixonpeabody.com; srider@nixonpeabody.com; 'Stephen W. Rider' |
| **Cc:** | Sperling, Frederick J. |
| **Subject:** | William B. Dockser et al. v. Martin C. Schwartzberg |

I write concerning the CRI Parties' Petition to Confirm A Final Arbitration Award, which is pending in the U.S. District Court for the District of Columbia.  We are willing to consent to the entry of judgment in favor of the CRI Parties on that petition. Please send us the documents necessary to accomplish that.