UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM B. DOCKSER, et al.,**<br><br>    Petitioners,<br><br>v.<br><br>**MARTIN C. SCHWARTZBERG,**<br><br>    Respondent. | Civil Action 06-01044 (HHK) |

# ORDER

The court concludes that the petition to confirm an arbitration award should be granted. It is this 1st day of February, 2007, therefore

**ORDERED** that the petition [#1] is hereby **GRANTED**; and it is further

**ORDERED** that the Final Award against Martin C. Schwartzberg issued by the Arbitration Panel on January 30, 2006, in *Schwartzberg v. C.R.I., Inc., et al.*, AAA No. 16 180 Y 00631 03, shall be and is hereby **CONFIRMED**, and the Final Order of that Panel is incorporated by reference into this order; and it is further

**ORDERED** that judgment shall be and is hereby entered in favor of petitioners.

                                        Henry H. Kennedy, Jr.
                                        United States District Judge